UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-00321-1D

| UNITED STATES OF AMERICA | ) | **ORDER FOR DISMISSAL OF** |
| --- | --- | --- |
| | ) | **COUNTS SEVEN AND EIGHT AND** |
| v. | ) | **CERTAIN OBJECTS OF THE** |
| | ) | **CONSPIRACY IN COUNT ONE** |
| GREGORY BARTKO | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and with leave of the Court, the United States Attorney for the Eastern District of North Carolina hereby dismisses Count Seven, Count Eight, and Conspiracy objects A.7.e, False Statements (page 4, lines 14-22), and A.7.f, Obstructing S.E.C. Proceedings (page 4, line 23 to page 5, line 4) of the Superseding Indictment, filed on January 6, 2010, against GREGORY BARTKO for the purpose of streamlining the case for trial.

                                              GEORGE E.B. HOLDING
                                              United States Attorney

                                              /s/ David A. Bragdon
                                              DAVID A. BRAGDON
                                              Assistant United States Attorney
                                              U.S. Attorney's Office
                                              310 New Bern Avenue, Suite 800
                                              Raleigh, NC 27601
                                              Telephone: 919-856-4530
                                              Fax: 919-856-4487
                                              e-mail: david.bragdon@usdoj.gov
                                              State Bar No. 33564

Leave of Court is granted for the filing of the foregoing dismissal.

10/29/10
Date

                                              THE HONORABLE JAMES C. DEVER III
                                              UNITED STATES DISTRICT JUDGE