IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-321-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GREGORY BARTKO, | ) | |
| | ) | |
| Defendant. | ) | |

On November 18, 2010, a jury in this court convicted attorney Gregory Bartko of one count of conspiracy, four counts of mail fraud, and one count of the sale of unregistered securities. These are all serious crimes, as defined by Local Civil Rule 83.7a(b). Therefore, under Local Civil Rule 83.7a, the court ORDERS the immediate suspension of Gregory Bartko from practicing law in this court. The court refers all other matters concerning discipline associated with attorney Gregory Bartko to Chief Judge Louise W. Flanagan.

The court also notifies the Clerk of Court of the conviction, and notes that under Local Civil Rule 83.7j, the Clerk of Court is required to transmit a certificate of conviction of attorney Gregory Bartko to the other jurisdictions and courts Gregory Bartko appears to be admitted. The Superseding Indictment in this case states that Gregory Bartko is a member of the North Carolina, Georgia, and Michigan State Bars.

SO ORDERED. This _18_ day of November 2010.

JAMES C. DEVER III
United States District Judge