IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-321-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GREGORY BARTKO, | ) | |
| Defendant. | ) | |

On July 12, 2011, David O. Lewis, on behalf of Bryant, Lewis, and Lindsley, P.A., filed a motion to quash [D.E. 218]. On July 15, 2011, defendant Gregory Bartko filed a supplemental motion for a new trial [D.E. 225]. In order to address these two motions in the same hearing as well as Bartko's other pending motions for a new trial [D.E. 211–13], the court will consider all five motions at a hearing on Friday, July 29, 2011, at 10:00 a.m. The hearing scheduled for Thursday, July 21, 2011 is rescheduled to July 29, 2011. The United States shall file its response to the motion to quash [D.E. 218] and the supplemental motion for a new trial [D.E. 225] not later than Monday, July 25, 2011, at noon. No replies are permitted. The clerk shall ensure that a copy of this order is served on David O. Lewis.

SO ORDERED. This _18_ day of July 2011.

JAMES C. DEVER III
United States District Judge