IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-321-D
No. 5:15-CV-42-D

GREGORY BARTKO,                    )
                                   )
              Petitioner,          )
                                   )
      v.                           )          **ORDER**
                                   )
UNITED STATES OF AMERICA,          )
                                   )
              Respondent.          )

Gregory Bartko's ("Bartko") motion for leave to file excess pages [D.E. 293] and to

amend/correct his motion under 28 U.S.C. § 2255 [D.E. 305] are GRANTED. Bartko's motion for

an extension of time to respond to the government's motion for summary judgment [D.E. 304] is

DISMISSED as moot.

The government's motion to strike [D.E. 306] and motion to hold the case in abeyance [D.E.

308] are DENIED. The government's motion to dismiss, or in the alternative motion for summary

judgment [D.E. 301], is DISMISSED as moot given that the motion concerns Bartko's original

section 2255 motion and not his amended section 2255 motion. The government's motion to extend

time to respond or file an appropriate motion in response to Bartko's amended section 2255 motion

[D.E. 312] is GRANTED. The government shall have through and including October 30, 2015, to

file any such response or motion concerning Bartko's amended section 2255 motion. Bartko may

then respond, and the government may reply, in accordance with the local rules.

SO ORDERED. This _1 6_ day of September 2015.

                                          JAMES C. DEVER III
                                          Chief United States District Judge